IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY BURTON,<br><br>                Plaintiff,<br><br>vs.<br><br>FUNDMERICA, INC., a California corporation, and ROBERT BEEBE, an individual,<br><br>                Defendants. | 8:19-CV-119<br><br>ORDER |

This matter is before the Court on the Magistrate Judge's findings and recommendation (filing 28) that the plaintiff's claims against defendant Robert Beebe be dismissed pursuant to Fed. R. Civ. P. 4(m) for failure to serve process. No objection has been filed to the findings and recommendation.

28 U.S.C. § 636(b)(1) provides for de novo review only when a party objected to the magistrate's findings or recommendations. *See Peretz v. United States*, 501 U.S. 923, 939 (1991). The failure to file an objection eliminates not only the need for de novo review, but *any* review by the Court. *Thomas v. Arn*, 474 U.S. 140, 149-51 (1985); *Leonard v. Dorsey & Whitney LLP*, 553 F.3d 609, 619-20 (8th Cir. 2009). Accordingly,

    IT IS ORDERED:

    1.    The Magistrate Judge's findings and recommendation (filing 28) are adopted.

2. The plaintiff's claims against Robert Beebe are dismissed without prejudice.

3. Robert Beebe is terminated as a party.

Dated this 21st day of November, 2019.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge