# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY BURTON, <br><br> Plaintiff, <br><br> vs. <br><br> FUNDMERICA, INC., a California corporation, <br><br> Defaulted Defendant. | **8:19CV119** <br><br> **ORDER TO SHOW CAUSE** |

On December 20, 2019, Chief Judge John M. Gerrard denied Plaintiff's motion for default judgment without prejudice because Plaintiff's damages were not ascertainable on the record before the Court. ([Filing No. 31](#)). Since that date, Plaintiff has taken no further action in this case. Pursuant to NECivR 41.2, "At any time, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution." Under the circumstances,

**IT IS ORDERED** that Plaintiff is given until **March 12, 2020**, to show cause why this case should not be dismissed for failure to prosecute, in the absence of which Plaintiff's claims may be dismissed without further notice.

Dated this 20th day of February, 2020.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge