IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY BURTON,<br><br>    Plaintiff,<br><br>vs.<br><br>FUNDMERICA, INC., a California corporation,<br><br>    Defendant. | 8:19-CV-119<br><br>JUDGMENT |

For the reasons stated in the accompanying memorandum and order, judgment is entered for the plaintiff and against Fundmerica, Inc. in the amount of $1,500.

Dated this 5th day of August, 2020.

BY THE COURT:

_____
John M. Gerrard
Chief United States District Judge